THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
GEORGE JONES, Appellant.

*People* v. *Jones,* 100 App. Div. 511, affirmed.
(Argued February 23, 1905; decided March 14, 1905.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 11, 1905, which affirmed a judgment of the Herki-
mer County Court rendered upon a verdict convicting the
defendant of the crime of arson in the third degree.

*A. M. Mills* and *H. A. De Coster* for appellant.

*George W. Ward* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.

---

AUGUSTUS LEISTEN, Respondent, *v.* ANNA CORNING, Appellant.

*Leisten* v. *Corning,* 90 App. Div. 613, affirmed.
(Argued February 24, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 17, 1904, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*John A. Barhite* for appellant.

*George D. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.